AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____  District of  _____Massachusetts_____

Cynthia Kennedy

V.

Stuart M. Chase, in his individual capacity,
and the town of Danvers

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

05   10191 RCL

TO: (Name and address of Defendant)

Town of Danvers

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Howard Friedman
Myong J. Joun
Jennifer L. Bills
Law Offices of Howard Friedman, P.C.
90 Canal Street, 5th Floor
Boston, MA 02114-2022

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS                                                          2-1-05
CLERK                                                                  DATE

(By) DEPUTY CLERK

♦AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE 2/8/05 |
| NAME OF SERVER *(PRINT)* PAUL MINSKY | TITLE CONSTABLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify): GIVIN IN HAND TO WAYNE MARQUIS TOWN MANAGER

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00  50.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  2/8/05
              Date

Signature of Server: Paul Minsky  CONSTABLE

Address of Server: P.O. BOX 106 SWAMPSCOTT, MA 01907

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.