UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CYNTHIA KENNEDY, </br></br>  Plaintiff, </br></br> v. </br></br> STUART M. CHASE, in his individual capacity, and the TOWN OF DANVERS, </br></br>  Defendants. | ) </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) CIVIL ACTION NO. 05-10191-RCL </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) |

### L.R. 16.1(D)(3) CERTIFICATE

I, Cynthia Kennedy, hereby certify that I have conferred with counsel with a view to establishing a budget for the costs of conducting the full course and alternative courses of the above litigation. In addition we have conferred regarding resolution of this case through alternative dispute resolution.

Date: 2/9/05

_Cynthia Kennedy_
Cynthia Kennedy

I, Myong J. Joun, hereby certify that I have complied with the requirements of L.R. 16.1 (D)(3).

_Myong J. Joun_
Myong J. Joun