UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CYNTHIA KENNEDY<br>Plaintiff,<br><br>vs.<br><br>STUART M. CHASE, in his individual capacity<br>and the TOWN OF DANVERS<br>Defendants. | Civil Action No. 05-10191-RCL |

## CERTIFICATION PURSUANT TO RULE 16.1

We hereby certify that we have conferred with a view to establishing a budget for the costs of conducting the full course--and various alternative courses-- of the litigation, and to consider the resolution of the litigation through the use of alternative dispute resolution programs.

 

_____
Wayne P. Marquis, Town Manager

Defendants,
By their attorneys,
BRODY, HARDOON, PERKINS & KESTEN, LLP

_____
Leonard H. Kesten. BBO No. 542042
One Exeter Plaza
Boston, MA 02116
(617) 880-7100

Dated: June 6, 2005

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CYNTHIA KENNEDY )<br>Plaintiff, )<br>)<br>vs. )<br>)<br>STUART M. CHASE, in his individual capacity )<br>and the TOWN OF DANVERS )<br>Defendants. )<br>) | Civil Action No. 05-10191-RCL |

## CERTIFICATION PURSUANT TO RULE 16.1

We hereby certify that we have conferred with a view to establishing a budget for the costs of conducting the full course--and various alternative courses-- of the litigation, and to consider the resolution of the litigation through the use of alternative dispute resolution programs.

Defendants,
By their attorneys,
BRODY, HARDOON, PERKINS & KESTEN, LLP

_____
Stuart M. Chase

s/ _____
Leonard H. Kesten. BBO No. 542042
One Exeter Plaza
Boston, MA 02116
(617) 880-7100

Dated: June 3, 2005