UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CYNTHIA KENNEDY )<br>    PLAINTIFF )<br>)<br>vs. )<br>)<br>STUART M. CHASE, in his individual capacity )<br>    and the TOWN OF DANVERS )<br>    Defendants. )<br>) | Civil Action No. 05 10191 RCL |

**NOTICE OF APPEARANCE**

TO THE CLERK OF THE ABOVE NAMED COURT:

    Please enter my appearance as attorney for the Defendants with reference to the above-captioned action.

                                                   Respectfully submitted,

                                                  *S/ Peter E. Montgomery*
                                                  Peter Montgomery, BBO#632698
                                                  BRODY, HARDOON, PERKINS & KESTEN, LLP
                                                  One Exeter Plaza
                                                  Boston, MA 02116
                                                  (617) 880-7100

Dated: November 7, 2005