UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| CYNTHIA KENNEDY, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No. 05-10191-GAO |
| STUART M. CHASE, in his individual capacity, and the TOWN OF DANVERS | ) ) ) ) ) | |
| Defendants. | ) ) | |

**EXHIBIT LIST**

1. Thirty-day notice to remove unregistered motor vehicle
2. Booking photograph of Cynthia Kennedy
3. Bail receipt dated September 29, 2003
4. Criminal Docket
5. Photographs of bruising on Cynthia Kennedy's arm
6. Medical records, Beverly Hospital Emergency Room
7. Medical records, Lahey Hamilton Wenham Family Practice
8. Medical records, Health and Education Services, Inc.
9. Medical bills, Beverly Hospital Emergency Room
10. Medical bills, Lahey Hamilton Wenham Family Practice
11. Medical bills, Health and Education Services, Inc.