UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CYNTHIA KENNEDY )
    PLAINTIFF )  Civil Action No. 05 10191 RCL
)
vs. )
)
STUART M. CHASE, in his individual capacity )
    and the TOWN OF DANVERS )
    Defendants. )

## JURY VERDICT FORM

1. Has Mrs. Kennedy demonstrated by a preponderance of the evidence that:

    a. Chief Chase's desire to interfere with Mrs. Kennedy's right to complain against Lt. Woytovich was a motivating or determining factor in his decision to place her under arrest?

    Yes _____        No _____

    b. Chief Chase placed Mrs. Kennedy under arrest without probable cause?

    Yes _____        No _____

2. If you answered YES to any of the questions above:

    What amount would fairly compensate Mrs. Kennedy for her injuries?

    Answer: $_____ (indicate amount)

3. If you answered YES to **a, b, or c in Question 1** above:

    Do you award Mrs. Kennedy interest?

    Yes _____        No _____

Dated:_____                    _____
                                                                         Foreperson