UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CYNTHIA KENNEDY,<br><br>    Plaintiff,<br><br>v.<br><br>STUART M. CHASE, in his<br>individual capacity, and the<br>TOWN OF DANVERS<br><br>    Defendants. | Civil Action No. 05-10191-GAO |

**<u>JURY VERDICT FORM</u>**

1. Has Mrs. Kennedy demonstrated, by a preponderance of the evidence, that:

    a. Mrs. Kennedy's attempt to file a complaint was a motivating or determining factor for Mr. Chase in arresting her?

        Answer: _____ (yes or no)

    b. Mrs. Kennedy's protected speech was a motivating or determining factor for Mr. Chase in arresting her?

        Answer: _____ (yes or no)

    c. Mr. Chase violated Mrs. Kennedy's right not to be arrested without probable cause?

        Answer: _____ (yes or no)

2. If you answered YES to any of the questions above:

    What amount would fairly compensate Mrs. Kennedy for her injuries?

    Answer: $_____ (indicate an amount)

3.     If you answered YES to **a, b, or c** in **Question 1** above:

    Do you award Mrs. Kennedy interest?

    Answer: _____ (yes or no)

4.     If you answered YES to **a, b, or c** in **Question 1** above:

    Do you award Mrs. Kennedy punitive damages?

    Answer: _____ (yes or no)

5.     If you answered yes to **Question 4** above:

    How much do you award Mrs. Kennedy for punitive damages?

    Answer: $_____ (indicate an amount)

_____                                                _____

Date                                                                     Foreperson