UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                        )
CYNTHIA KENNEDY,                        )
                                        )
        Plaintiff,                      )
                                        )
v.                                      )
                                        )        Civil Action No. 05-10191-GAO
STUART M. CHASE, in his                 )
individual capacity, and the            )
TOWN OF DANVERS                         )
                                        )
        Defendants.                     )
_____)

## EXHIBIT LIST

1.    Thirty-day notice to remove unregistered motor vehicle

2.    Booking photograph of Cynthia Kennedy

3.    Bail receipt dated September 29, 2003

4.    Criminal Docket

5.    Photographs of bruising on Cynthia Kennedy's arm

6.    Medical records, Beverly Hospital Emergency Room

7.    Medical records, Lahey Hamilton Wenham Family Practice

8.    Medical records, Health and Education Services, Inc.

9.    Medical bills, Beverly Hospital Emergency Room

10.   Medical bills, Lahey Hamilton Wenham Family Practice

11.   Medical bills, Health and Education Services, Inc.

12.   Hand-drawn diagram of the second floor of the Danvers Police Department

13.   Danvers Police Department Citizen Complaint Form

14.   Application for Criminal Complaint

A.    Aerial photograph: overview of Rand Circle

B.    Aerial photograph: close up of Northeast corner of Rand Circle

C.    Cynthia Kennedy's complaint (witness statement)