UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 05-10191-GAO

CYNTHIA KENNEDY

v.

STUART M. CHASE

VERDICT FORM

O'TOOLE, D.J.

Question 1

   Has the plaintiff proved, by a preponderance of the evidence, that the Defendant Stuart M. Chase, acting under color of state law, violated the plaintiff's <u>First Amendment</u> right to free speech or to petition the government for redress of grievances?

   _____ YES        \_\_X\_\_ NO

Question 2

   Has the plaintiff proved, by a preponderance of the evidence, that the Defendant Stuart M. Chase, acting under color of state law, violated the plaintiff's <u>Fourth Amendment</u> right to be free from arrest without probable cause?

   _____ YES        \_\_X\_\_ NO

Question 3

   If you answered "NO" to Question 1 **and** 2, do not answer this question.

   If you answered "YES" to Question 1 **or** 2, what damages do you assess against Defendant Stuart M. Chase in favor of Plaintiff Cynthia Kennedy?

a.  Compensatory damages:

_____
(Amount in words)

_____
(Amount in figures)

b.  Nominal Damages

_____
(Amount in words)

_____
(Amount in figures)

Question 4

Do you also assess punitive damages against Defendant Stuart M. Chase in favor of Plaintiff Cynthia Kennedy?

_____ YES     __X__ NO

If so, in what amount?

_____
(Amount in words)

_____
(Amount in figures)

The foregoing represents the unanimous decision of the jury.

_9/14/06_
DATE

_[signature] Steven G. Wenzel_
FOREMAN