AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

| UNITED STATES OF AMERICA | DISTRICT OF | MASSACHUSETTS |

CYNTHIA KENNEDY

V.

STUART M. CHASE

**EXHIBIT AND WITNESS LIST**

Case Number:  05-10191-GAO

| PRESIDING JUDGE<br>O'TOOLE | PLAINTIFF'S ATTORNEY<br>HOWARD FRIEDMAN | DEFENDANT'S ATTORNEY<br>LAWRENCE KESTEN |
|---|---|---|
| TRIAL DATE (S)<br>9-11-06- 9-14-06 | COURT REPORTER<br>KILLIAN, JOYCE | COURTROOM DEPUTY<br>LYNESS |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | | 9/11/06 | | | Pltff's Witness- Joan St. Pierre |
| | | 9/11/06 | | | Pltff's Witness- James Ciman |
| | | 9/12/06 | | | Pltff's Witness- Cynthia Kennedy |
| A | | 9/12/06 | x | x | Aerial photo of plaintiff's neighborhood |
| B | | 9/12/06 | x | x | Aerial photo of plaintiff's neighborhood |
| | | | | | |
| 1 | | 9/12/06 | x | x | See attached exhibit list |
| 2 | | 9/12/06 | x | x | See attached exhibit list |
| 3 | | 9/12/06 | x | x | See attached exhibit list |
| 4 | | 9/12/06 | x | x | See attached exhibit list |
| 5 | | 9/12/06 | x | x | See attached exhibit list |
| 6 | | 9/12/06 | x | x | See attached exhibit list |
| 7 | | 9/12/06 | x | x | See attached exhibit list |
| 8 | | 9/12/06 | x | x | See attached exhibit list |
| 9 | | 9/12/06 | x | x | See attached exhibit list |
| 10 | | 9/12/06 | x | x | See attached exhibit list |
| 11 | | 9/12/06 | x | x | See attached exhibit list |
| C | | 9/12/06 | x | x | Witness Statement |
| | | 9/13/06 | | | Pltff's Witness- Jane Finkelstein |
| | | 9/13/06 | | | Pltff's Witness- Julia kennedy |
| | | 9/13/06 | | | Pltff's Witness- Carol Germano |
| | | | | | |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

AO 187A (Rev. 7/87)

# EXHIBIT AND WITNESS LIST – CONTINUATION

| KENNEDY | | vs. | | CHASE | CASE NO. 05-10191-GAO |
|---|---|---|---|---|---|

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| | | 9/13/06 | | | Deft's Witness- William Cassidy |
| | | 9/13/06 | | | Pltff's Witness- Stuart Chase |
| | 12 | 9/13/06 | x | x | Diagram of interior police department |
| | 13 | 9/13/06 | x | x | Citizen Complaint of Police Misconduct |
| 14 | | 9/13/06 | x | x | Report from Police chief |
| | | 9/14/06 | | | Deft's Witness- Neil Ouellette |

AO 187A (Rev. 7/87)

Page _____ of _____ Pages

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| CYNTHIA KENNEDY,<br><br>Plaintiff,<br><br>v.<br><br>STUART M. CHASE, in his individual capacity, and the TOWN OF DANVERS<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)  Civil Action No. 05-10191-GAO<br>)<br>)<br>)<br>)<br>)<br>) |

## EXHIBIT LIST

1. Thirty-day notice to remove unregistered motor vehicle
2. Booking photograph of Cynthia Kennedy
3. Bail receipt dated September 29, 2003
4. Criminal Docket
5. Photographs of bruising on Cynthia Kennedy's arm
6. Medical records, Beverly Hospital Emergency Room
7. Medical records, Lahey Hamilton Wenham Family Practice
8. Medical records, Health and Education Services, Inc.
9. Medical bills, Beverly Hospital Emergency Room
10. Medical bills, Lahey Hamilton Wenham Family Practice
11. Medical bills, Health and Education Services, Inc.