UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CYNTHIA KENNEDY
           Plaintiff(s)

v.                                         CIVIL ACTION NO. 05-10191-GAO

TOWN OF DANVERS, STUART M. CHASE
           Defendant(s)

**JUDGMENT IN A CIVIL CASE**

O'TOOLE, D.J.

X     **Jury Verdict.** This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐     **Decision by the Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

**In accordance with the jury verdict of September 14, 2006, judgment is entered in favor of defendants on all counts.**

SARAH A. THORNTON,
CLERK OF COURT

Dated: 9/15/06                     By Paul Lyness
                                                                          Deputy Clerk

(JudgementCivil.wpd - 3/7/2005)